# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| Patent Compliance Group, Inc., <br><br> Relator, <br><br> v. <br><br> Activision Publishing, Inc., <br><br> Defendant. | **JURY TRIAL DEMANDED** <br><br> Case No. 3-10CV0288-B |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Relator Patent Compliance Group, Inc. voluntarily dismisses without prejudice the above-entitled action against Defendant Activision Publishing, Inc.  This notice is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Respectfully submitted,

Dated:  June 1, 2010

**ZWEBER P.C.**

By: /s/ Michael C. Zweber
Michael C. Zweber
Texas State Bar No. 24003236
Zweber P.C.
4223 Buena Vista St., Suite 4
Dallas, Texas 75205
Telephone:  214-507-0508
Facsimile: 214-507-0508
mzweber@zweberlaw.com

**ATTORNEY FOR RELATOR PATENT COMPLIANCE GROUP, INC.**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on June 1, 2010, via the Court's CM/ECF system per L.R. 5.1(d).

/s/ Michael C. Zweber
Michael C. Zweber